# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　Plaintiff,<br><br>　v.<br><br>LANNER ELECTRONICS, INC.,<br><br>　Defendant. | CIVIL ACTION NO. 4:21-cv-717-ALM<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Under Fed R. Civ. P. 41(a)(2) and (c), plaintiff American Patents LLC ("American") and defendant Lanner Electronics, Inc. ("Lanner") hereby move for an order dismissing the claims asserted by American in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees for this action, subject to the terms of that agreement.

Dated: February 28, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450

Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*


*/s/ Victoria Hao*
Victoria Hao (admitted to practice before the U.S. District Court for the Eastern District of Texas)
DC Bar No.: 489885
vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope St., Suites 101-102
Fountain Valley, CA 92708
TEL: (714) 641-4022
FAX: (714) 641-2082


*COUNSEL FOR DEFENDANT
LANNER ELECTRONICS INC.*

1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 28, 2022.

                                            */s/Zachariah S. Harrington*
                                            Zachariah S. Harrington